IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | Case No. 3:18 MJ 207 |
| vs. : | |
| **BENJAMIN LAYNE,** : | **ORDER** |
| Defendant. : | |

The United States has filed a motion to dismiss the Complaint (R. 1) without prejudice. For good cause shown, the Court hereby orders that the Complaint be dismissed without prejudice.

_____6/12/18_____  
Date

_____  
Honorable Michael J. Newman  
United States Magistrate Judge